UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HADRIAN EQUITIES PARTNERS, LLC et al., <br><br>                     Plaintiffs,<br><br>              -against-<br><br>SCWORX Corporation,<br><br>                     Defendant. | 22-cv-07096 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      As stated on the record during the conference held on November 30, 2022:

      Plaintiff shall serve Defendant with the Amended Complaint forthwith and file proof of service on the docket. *See* Fed. R. Civ. P. 4(m).

      The Amended Complaint does not provide sufficient citizenship information to establish that the Court has subject matter jurisdiction. 28 U.S.C § 1332(a). By **December 7, 2022**, Plaintiffs shall address in no more than five (5) pages the basis for subject matter jurisdiction, including detailing the citizenship of the members of Hadrian Equities Partners, LLC, *see e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000), and the type of trust, and citizenship for diversity jurisdiction purposes, of the Phillip W. Caprio, Jr. 2007 Irrevocable Trust. By **December 14, 2022**, Defendant may file any opposition in a letter of no more than five (5) pages.

      By **December 6, 2022**, Defendant shall file a letter advising the Court whether or not it is withdrawing the Motion for Sanctions (ECF No. 11).

Dated: November 30, 2022
           New York, New York

                                                    SO ORDERED.

                                                    JENNIFER L. ROCHON
                                                    United States District Judge